UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 24-1807

CHARLES BENNETT,
Ex Rel,
    Appellant

v.

BAYER CORPORATION, An Indiana Corporation;
JOHNSON & JOHNSON, a New Jersey Corporation;
MERCK & CO., INC., a New Jersey Corporation*;
JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C.;
ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS

(*Dismissed pursuant to Clerk's Order dated 06/21/2024)

(District Court No. 2:17-cv-04188)

SUR PETITION FOR REHEARING

Present: CHAGARES, *Chief Judge*, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, *Circuit Judges*

The petition for rehearing filed by the Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who

concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,

s/ *Cindy K. Chung*
Circuit Judge

Dated: May 6, 2025
Tmm/cc: All Counsel of Record